WENDY J. OLSON, ISB NO. 7634
UNITED STATES ATTORNEY
**WARREN DERBIDGE, ISB NO. 1214**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 E. PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-9903
TELEPHONE:  (208) 334-1211
FACSIMILE:  (208) 334-9375

    Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Petitioner,  ) | Case No.  4:12-CV-00253-BLW |
| ) | |
| vs.  ) | **MOTION TO SEAL** |
| ) | **(ECF No. 1)** |
| TAMLA RENCHER, ) | |
| ) | |
|     Respondent.  ) | |

    COMES NOW Petitioner United States of America, by and through Warren S. Derbidge, Assistant United States Attorney for the District of Idaho, and pursuant to Local Rule 5.3, requests that the Petition to Enforce Internal Revenue Service Summons and Exhibits 1 through 3 be sealed to insure that the Respondent's personal privacy interests are fully protected.

    RESPECTFULLY SUBMITTED this 22nd day of May, 2012.

                                              WENDY J. OLSON
                                            UNITED STATES ATTORNEY

                                            /s/ Warren S. Derbidge
                                            WARREN S. DERBIDGE
                                            Assistant United States Attorney

**MOTION TO SEAL (ECF NO. 1) – Page 1**