UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>TAMLA RENCHER,<br><br>Respondent. | Case No. 4:12-CV-00253-BLW<br><br>**ORDER GRANTING<br>MOTION TO SEAL** |

IT IS HEREBY ORDERED that the Motion to Seal the Petition to Enforce Internal Revenue Service Summons and Exhibits 1 through 3 (ECF No. 1) in the above matter is GRANTED.

DATED: June 1, 2012

B. Lynn Winmill
Chief Judge
United States District Court